IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                        Plaintiffs,

            vs.

JONATHAN H. GOUTY,

                        Defendant.

**4:20CR3110**

**ORDER**

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Mona L. Burton, as a Criminal Justice Act Training Panel Member, to assist in the defense of Jonathan H. Gouty.

Accordingly,

IT IS ORDERED:

1)     Pursuant to the terms of Appendix I, Part 1(c) of the Amended Criminal Justice Act Plan for the District of Nebraska, Mona L. Burton is hereby assigned to assist the Federal Public Defender in the representation of Defendant in the above-captioned case, and must file an entry of appearance forthwith.  Mona L. Burton shall not be eligible to receive compensation for services performed in this case.

2)     CJA Panel attorney Robert B. Creager shall continue to be primary counsel on behalf of the Defendant, Jonathan H. Gouty.

November 2, 2020.

                                    BY THE COURT:

                                    *s/ Cheryl R. Zwart*
                                    United States Magistrate Judge